# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

TYRIK VERNON,                              : No. 151 EM 2014
:
             Petitioner                   :
:
:
:
       v.                                 :
:
:
:
PHILADELPHIA COURT OF COMMON              :
PLEAS DEPARTMENT OF RECORDS               :
ET AL.,                                   :
:
             Respondents                  :

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of November, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.